ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1830 JMR/FLN

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARITA MILLER, Defendant, JEN SALES, Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about January 1, 2001.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court which was received on or about January 22, 2001. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of wages. In its Answer, the garnishee states that there is available future earnings in the amount of approximately $139.23 per pay period, under this garnishment after deductions are made for statutory withholdings and previously served garnishments.

On or about January 10, 2001, the defendant was personally served with notice of her right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff, in care of the Collection Unit, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, with checks or money orders made payable to the "U.S. Department of Justice," in the amount of approximately $139.23, per pay period, until such time as the entire debt in this matter, $8,314.29 including accruing interest, is paid in full; and

IT IS FURTHER ORDERED that the garnishee continue to garnish the defendant, under this garnishment, after repayment of the entire debt noted above, and until the plaintiff has recovered the costs incurred by the United States Marshal's Service for service of the garnishment on the garnishee and the defendant, said costs being $199.50; and

IT IS FURTHER ORDERED that the payments to be made by the garnishee under this garnishment be drawn and sent to the plaintiff bi-weekly as they become due and owing.

Dated: 2/28/01

MAGISTRATE Judge
United States District Court