A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **00-CV-1830 JMR/FLN**

0441-0224-0475-F

MARITA MILLER

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: MARITA MILLER

and bring him or her forthwith to the nearest Magistrate Judge for failure to appear for debtors examination.

Ordered by: Judge J. Earl Cudd , United States District Court .

Jackie Mehl

(By) Jackie Mehl, Deputy Clerk

February 19, 2004 at Minneapolis , MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

______________________ ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

DATE 11-04
RETURNED UNEXECUTED Dismissed
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. [signature]

SCANNED
NOV 9 2004

DC Modified 02/20/04